UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFANI NASSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY STORAGE SYSTEMS LLC d/b/a CLOUDKITCHENS,<br><br>Defendant. | Case No. 1:23-cv-06310-PKC-MMH<br><br>**CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |

Defendant City Storage Systems LLC makes the following disclosures under Fed. R. Civ. P. 7.1:

1. Defendant has no parent company.

2. No publicly held corporation owns 10% or more of Defendant's stock.

Dated: September 11, 2023

PASHMAN STEIN WALDER HAYDEN, P.C.

By: s/ David N. Cinotti
David N. Cinotti
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
dcinotti@pashmanstein.com

*Attorneys for Defendant City Storage Systems LLC*