IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFANI NASSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY STORAGE SYSTEMS LLC d/b/a CLOUDKITCHENS,<br><br>Defendant. | Case No. 1:23-cv-06310-PKC-MMH |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stefani Nasser hereby dismisses without prejudice all claims against Defendant City Storage Systems LLC d/b/a Cloudkitchens.

Dated: New York, New York
December 14, 2023

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By: _/s/ Adrian Gucovschi_
     Adrian Gucovschi

140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

**BURSOR & FISHER, P.A.**

Joseph. I Marchese
Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019

Telephone: (646) 837-7150  
Facsimile: (212) 989-9163  
E-Mail: jmarchese@bursor.com  
aleslie@bursor.com

*Attorneys for Plaintiff Stefani Nasser*